FILED
April 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002561689

FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ.   (SBN: 155175)
ANN MARIE FRIEND, ESQ.    (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830

Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
Dennis & Janet Horton

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| In re: | Case No.: | **10-90865-D-13** |
|---|---|---|
| | Chapter: | **13** |
| | DC No.: | **FW:03** |
| **Dennis & Janet Horton** | Date: | **May 11, 2010** |
| | Time: | **10:00 a.m.** |
| | Place: | 1200 "I" Street, |
| Debtors. | | Dept. D |
| | | Modesto, CA |

### MOTION TO SELL PERSONAL PROPERTY

Debtor(s) hereby request an order allowing him permission to sell 1987 Harley Davidson Motorcycle for the reasons set forth in the declaration of Debtor, filed concurrently herewith.

Dated: 4-14-10

FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION

___/s/ Ann Marie Friend Esq___
ANN MARIE FRIEND, ESQ., Attorney for debtor(s) Dennis & Janet Horton